UNITED STATES DISTRICT COURT
for the
DISTRICT OF MAINE

| | |
|---|---|
| DOREEN L. WHEELOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHEM LIFE INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No.2:17-cv-00479-NT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

    The parties, by and through their undersigned counsel, hereby stipulate and agree that this action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and without costs to either party as against the other.

Dated: April 23, 2018

Doreen L. Wheelock                      Anthem Life Insurance Company

*/s/ Andrew J. Bernstein*
Andrew J. Bernstein, Esq.
Law Offices of Joe Bornstein
P.O. Box 4685
Portland, ME 04112
Tel: (207) 772-4624
abernstein@joebornstein.com

*/s/ Courtney Worcester*
Courtney Worcester
Jaclyn V. Piltch
Foley & Lardner LLP
111 Huntington Avenue, Suite 2500
Boson, MA 02199
Tel. (617)-342-4000
Fax: (617) 342-4001
cworcester@foley.com
jpiltch@foley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Dated: April 23, 2018

                                      Respectfully Submitted,

                                      */s/ Andrew J. Bernstein*
                                      Andrew J. Bernstein, Esq.
                                      Law Offices of Joe Bornstein
                                      P.O. Box 4685
                                      Portland, ME 04112
                                      Tel: (207) 772-4624
                                      Fax: (207) 772-5089
                                      abernstein@joebornstein.com